## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DENNIS WARREN**
**ADC # 94167**                                                        **PLAINTIFF**

v.                              **No. 4:14-cv-133-DPM-JJV**

**JAMES, Records, Wrightsville Unit;**
**PAYNE, Warden, Wrightsville Unit;**
**GRANT HARRIS, Director, ADC; and**
**DINA TYLER, Public Services, Arkansas**
**Board of Correction**                                    **DEFENDANTS**

### ORDER

Opposed recommendation, № 4, adopted.  FED. R. CIV. P. 72(b)(3).
Warren offers some new proof that he's already completed one Braille
program and may be owed good-time credit. *See № 5 at 3 and № 5 at 4.*  But
because Warren has no liberty interest in good-time credit, *McKinnon v.
Norris*, 366 Ark. 404, 408–409, 231 S.W.3d 725, 730 (2006), there are no due-
process issues here.  No strike is assessed; Warren has gotten incomplete and
mixed messages from prison staff. *Compare № 2 at 7 and № 2 at 9.*  Whether
he deserves credit for the already completed Braille program is still, it seems,
an open question.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 June 2014