IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENNIS WARREN**
**ADC # 94167**                                                              **PLAINTIFF**

v.                              No. 4:14-cv-133-DPM

**JAMES, Records, Wrightsville Unit;**
**PAYNE, Warden, Wrightsville Unit;**
**GRANT HARRIS, Director, ADC; and**
**DINA TYLER, Public Services, Arkansas**
**Board of Correction**                                                      **DEFENDANTS**

## JUDGMENT

Warren's complaint is dismissed without prejudice. An *in forma pauperis* appeal of this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 June 2014